# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

DONOVON NEAL LEE, #MZ7143,

    Petitioner,

v.

DEREK OBERLANDER,
Superintendent of SCI Forest,

    Respondent.

CIVIL ACTION NO. 3:21-cv-00665

(SAPORITO, M.J.)

## ORDER

AND NOW, this 29th day of January, 2024, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition (Doc. 1) is **DISMISSED with prejudice**;

2. The court declines to issue a certificate of appealability, as the petitioner has failed to demonstrate a substantial showing of the denial of a constitutional right;

3. The motion for contempt (Doc. 30) is **DENIED as moot**; and

4. The clerk is directed to mark this case as **CLOSED**.

_Joseph F. Saporito, Jr._
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge